UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| KAINE ROMERO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:22-cv-00148-SEB-KMB ) |
| HEATHER, COURTNEY, MARLINA, JOHN DOE, LOOP, | ) ) ) ) ) ) |
| Defendants. | ) |

**Final Judgment**

The Court now enters FINAL JUDGMENT. This action is dismissed without prejudice.

Date: 2/17/2023

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

KAINE ROMERO
138214
FLOYD COUNTY JAIL
Inmate Mail/Parcels
P.O. Box 1406
New Albany, IN 47150